**ORIGINAL**

Eric Leon (EL 5780)
Jacquelyn M. Rasulo (JR 9261)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



---

YELLOW PAGES, INC.,

        Plaintiff,

- against -

IDEARC MEDIA CORP.,

        Defendant.

---

Case No.:

**07 CIV. 6221**

**RULE 7.1 STATEMENT**

**ROBINSON**

### DISCLOSURE STATEMENT OF DEFENDANT IDEARC MEDIA CORP.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Idearc Media Corporation (a nongovernmental corporate party) makes the following disclosure statement:

**I.    PARENT CORPORATIONS:**

Idearc Media Corporation is a subsidiary of Idearc Information Services, LLC, which is a subsidiary of Idearc, Inc. Idearc, Inc. is a publicly held company.

**II.    PUBLICLY HELD COMPANIES OWNING 10% OR MORE OF ITS STOCK:**

As of July 5th, 2007, there is no publicly held company that owns 10% or more of Idearc, Inc.'s stock.

Dated: July 5, 2007

                                          Eric Leon (EL 5780)
                                          Jacquelyn M. Rasulo (JR 9261)
                                          KIRKLAND & ELLIS LLP
                                          Citigroup Center
                                          153 East 53rd Street
                                          New York, New York 10022-4611
                                          Telephone: (212) 446-4800
                                          Facsimile: (212) 446-4900
                                          Attorneys for Defendant
                                          IDEARC MEDIA CORPORATION