UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELLOW PAGES, INC.,<br><br>    Plaintiff,<br><br>- against -<br><br>IDEARC MEDIA CORP.,<br><br>    Defendant. | Case No.: 07 CIV. 6221 (SCR)<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF ROCKLAND )

  Rhonda Evans, being duly sworn, deposes and says:

  1. That I am over eighteen years of age, am employed by Kirkland & Ellis LLP, and am not a party to this action.

  2. That on the 5th day of July, 2007, I served a true and correct copy of the following, by hand upon:

    i. Notice of Removal of State Court Civil Action
    ii. 3rd Amended Instructions for Filing a Case or an Appeal
    iii. Procedures for Electronic Case Filing
    iv. Guidelines for Electronic Case Filing
    v. Judge Robinson's Rules
    vi. Magistrate Judge Smith's Rules

        Wiss & Bouregy, P.C.
        30 North William Street
        Pearl River, New York 10965
        Attorney for Plaintiff

        _____
        Rhonda Evans

Sworn to before me this
6th day of July, 2007

_____
Notary Public

JOSEPH J. CALI
Notary Public, State of New York
No. 01CA5015323
Qualified in New York County
Commission Expires July 19, 20_09_