Robinson, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Yellow Pages, Inc.,

        Plaintiff,

- against -

Ideare Media Corp.,

        Defendant.

Case No.: 07 CV 6221 (SCR)

ECF Case

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Yellow Pages, Inc. ("YPI") and defendant Ideare Media Corp ("Ideare") that the time for the defendant to move, answer, or otherwise respond to plaintiff's above captioned complaint is extended by two weeks. Thus, the time for Ideare to move, answer, or otherwise respond to YPI's above captioned complaint is extended through July 26, 2007.

1. On June 8, 2007, plaintiff commenced this action in the Supreme Court of the State of New York, County of Rockland. Plaintiff first effected service upon Ideare on June 15, 2007.

2. On July 5, 2007, Ideare removed this action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

3. Pursuant to Federal Rule of Civil Procedure 81(c), defendant's response to plaintiff's complaint is due July 12, 2007.

4. The parties have mutually agreed to extend the defendant's time to respond to the complaint by two weeks. Thus, the defendant's time to respond to the complaint has been extended through July 26, 2007.

5. No party will be prejudiced by the requested extension of time and such extension of time is not being sought for purposes of delay, nor will it delay the scheduled trial of this cause.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

6. No prior extension of time has previously been sought by the defendant.

Dated: July 11, 2007

_____
Raymond R. Wiss
WISS & BOUREGY, P.C.
30 North William Street
Pearl River, New York 10965
Telephone: (845) 735-1415
Fax: (201) 488-7313

Attorney for Plaintiff
YELLOW PAGES, INC.

_____
Eric Leon (EL 5780)
Jacquelyn M. Rasulo (JR 9261)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Defendant
IDEARC MEDIA CORP.

So Ordered:

_____
United States District Judge

dated July 16, 2007

2