Eric F. Leon (EL 5780)
Jacquelyn M. Rasulo (JR 9261)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELLOW PAGES, INC.,<br><br>　　　　　Plaintiff,<br><br>- against -<br><br>IDEARC MEDIA CORPORATION,<br><br>　　　　　Defendant. | 07 CV 6221 (SCR)<br><br>ECF Case<br><br>**NOTICE OF MOTION** |

　　　　PLEASE TAKE NOTICE that, upon the attached declaration of Jacquelyn M. Rasulo, dated July 26, 2007, and the accompanying memorandum in support, the undersigned will move before the Honorable Stephen C. Robinson, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 300 Quarropas Street, White Plains, NY 10601, at a time and place to be scheduled by this Court, for an order to dismiss the complaint, pursuant to Fed. R. Civ. P. 12(b)(6).

Dated: July 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　Eric F. Leon (EL 5780)
　　　　　　　　　　　　　　　　　　　　　　　　　Jacquelyn M. Rasulo (JR 9261)
　　　　　　　　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　　　　　　　　Citigroup Center
　　　　　　　　　　　　　　　　　　　　　　　　　153 East 53rd Street
　　　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022-4611
　　　　　　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 446-4800
　　　　　　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 446-4900

　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　IDEARC MEDIA CORP.