Eric F. Leon (EL 5780)
Jacquelyn M. Rasulo (JR 9261)
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YELLOW PAGES, INC., <br><br>                Plaintiff, <br><br>- against - <br><br>IDEARC MEDIA CORPORATION, <br><br>                Defendant. | 07 CV 6221 (SCR) <br><br> ECF Case |

## DECLARATION OF JACQUELYN M. RASULO

JACQUELYN M. RASULO declares under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the following is true and accurate:

1. I am a member of the firm of Kirkland & Ellis LLP, counsel for Idearc Media Corporation ("Idearc"). I make this declaration in support of Idearc's motion to dismiss.

2. Attached hereto as Exhibit A is a true and accurate copy of the complaint of plaintiff Yellow Pages, Inc. ("YPI").

3. Attached hereto as Exhibit B is a true and accurate copy of *Iqbal v. Hasty*, --- F.3d ---, 2007 WL 1717803, at *9 (2d Cir. June 14, 2007).

4. Attached hereto as Exhibit C is a true and accurate copy of *Ritchie Capital Mgmt. v. Coventry First LLC*, No. 07 Civ. 3494(DLC), 2007 WL 2044656 (S.D.N.Y. July 17, 2007).

5. Attached hereto as Exhibit D is a true and accurate copy of *Sobek v. Quattrochi*, 03 Civ.10219(RWS), 2004 WL 2809989 (S.D.N.Y. Dec. 8, 2004).

6. Attached hereto as Exhibit E is a true and accurate copy of *Ross v. FSG PrivatAir, Inc.*, 03 Civ. 7292(NRB), 2004 WL 1837366 (S.D.N.Y. Aug. 17, 2004).

7. Attached hereto as Exhibit F is a true and accurate copy of *Highlands Ins. Co. v. PRG Brokerage, Inc.*, 01 Civ. 2272(GBD), 2004 WL 35439 (S.D.N.Y. Jan. 6, 2004).

Dated: July 26, 2007
      New York, NY

                                                     s/
                                       Jacquelyn M. Rasulo