# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

Citigroup Center
153 East 53rd Street
New York, New York 10022-4611

Jacquelyn Rasulo
To Call Writer Directly:
(212) 446-4881
jrasulo@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900
Dir. Fax: (212) 446-6460

August 1, 2007

The Honorable Stephen C. Robinson
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, NY 10601

**MEMO ENDORSED**

Re:   *Yellow Pages, Inc. v. Idearc Media Corp.*, 07-CV-6221

Dear Judge Robinson:

    Per your Individual Practices, Yellow Pages, Inc. and Idearc Media Corp. have agreed to the following briefing schedule in relation to Idearc Media Corp.'s July 26, 2007 motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6):

    August 21, 2007:  Filing deadline for Yellow Pages, Inc.'s opposition

    August 31, 2007:  Filing deadline for Idearc Media Corp.'s reply

    Please contact me with any questions or concerns.

Sincerely,

*Jacquelyn Rasulo/ CMH*

Jacquelyn Rasulo

cc:  Raymond Wiss, Esq.

**APPLICATION GRANTED**

*Stephen C Robinson*
─────────────────────
HON. STEPHEN C. ROBINSON   8/1/07

Chicago   Hong Kong   London   Los Angeles   Munich   San Francisco   Washington, D.C.