Raymond R. Wiss (RW 6892)
Wiss & Bouregy, P.C.
30 North Williams Street
Pearl River, NY 10965
Telephone: (845) 735-1415

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_____

| | |
|---|---|
| YELLOW PAGES, INC., : | |
| Plaintiff, : | 07 CV 6221 (SCR) |
| v. : | ECF CASE |
| IDEARC MEDIA CORPORATION, : | |
| Defendant. : | |

_____

### DECLARATION OF RAYMOND R. WISS

Raymond R. Wiss declares under penalty of perjury, and pursuant to 28 U.S.C. S 1746, that the following is true and accurate:

1. I am a partner of the firm of Wiss & Bouregy, P.C., counsel for Yellow Pages, Inc. ("YPI"). I make this declaration in opposition to Idearc Media Corp., ("IMC") Motion to Dismiss.

2. Attached hereto as Exhibit A is a true and accurate copy of <u>Contractual Obligation Productions, LLC., v. AMC Networks, INC</u>, 2006 U.S. Dist. LEXIS 16402 (S.D.N.Y. 2006).

    3.    Attached hereto as Exhibit B is a true and accurate copy of my signature at the end of the Complaint filed by YPI in the above action.

Date:    August 21, 2007
           Pearl River, NY

                                      <u>/s/ Raymond R. Wiss (6892)</u>
                                        Raymond R. Wiss